# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| LESTER HARRISON | : | No. 17-228 |

## ORDER

**AND NOW**, this **17th** day of **September**, **2018**, upon consideration of Defendant's Motion to Suppress, the Government's Response, Defendant's Reply, and all supplemental briefing, and following hearings on November 7, 2017 and January 16, 2018, and for the reasons provided in this Court's Memorandum dated September 17, 2018, it is **ORDERED** that the motion (Document No. 14) is **GRANTED.**

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**